IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

Sarah A McPherson

(Enter above the full name of the plaintiff
or plaintiffs in this action.)

ALLYS·        vs.
ATL

John Remon Wenzel
Richard Curtis Pitman
Peter Loffler

(Enter above the full name of the defendant
or defendants in this action.)

Eugene Quinn

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS UNDER 42 U.S.C., §1983

I.  Previous Lawsuits
    A. Have you begun other lawsuits in state or federal court dealing with the same facts
       involved in this action or otherwise relating to your imprisonment? Yes ( ) No ( )

    B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more
       than one lawsuit, describe the additional lawsuits on another piece of paper, using
       the same outline.)

       1. Parties to this previous lawsuit
       Plaintiffs: Sarah A McPherson

       Defendants: Richard C Litman, John Remon Wenzel, Peter Loffler, Eugene Quinn

       2. Court (if federal court, name the district; if state court, name the county):

       3. Docket Number: 09·1130 - JDT egb
       4. Name of judge to whom case was assigned: Judge Todd
       5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still
          pending?)

       6. Approximate date of filing lawsuit: 8/18/09
       7. Approximate date of disposition: 9/09/09 Dismissed without prejudice

-1-                                                          Revised 4/18/08

II.  Place of Present Confinement:_____
    A. Is there a prisoner grievance procedure in the institution?
                                                                    Yes ( )   No ( )
    B. Did you present the facts relating to your complaint in the state prisoner grievance
       procedure?                                                   Yes ( )   No ( )
    C. If your answer is Yes:
       1. What steps did you take?_____
       _____
       2. What was the result?_____
       _____
    D. If your answer is No, explain why not:_____
    _____

III. Parties
     (In item A below, place your name in the first blank and place your present address in the
     second blank. Do the same for additional plaintiffs, if any.)
     A. Name of Plaintiff  Sarah Ann McPherson
        Address  Po Box 504 Decaturville, TN 38329
     (In item B below, place the full name of the defendant in the first blank, his official
     position in the second blank, and his and his place of employment in the third blank.
     Use Item C for the names, positions, and places of employment of an additional
     defendants.)
     B. Defendant Richard Curtis Litman Atty   is employed as
        8951 Center St
        at Manassas VA 20110
                    Atty
     C. Additional Defendants: John Remon Wenzel 3717 Columbia
        Pike #1 and 2011 Jefferson Highway Arlington VA 22202
        Atty Peter Loffler 148 Miracle Strip Pkwy Ft Walton Beach
        32548 and Atty Eugene Quinn 525-K East Market Street

IV.  Statement of Claim  #331 Leesburg VA 20176

     State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant is
     involved. Include also the names of other persons involved, dates, and places. Do not
     give any legal arguments or cite any cases or statutes. If you intend to allege a number of
     related claims, number and set forth each claim in a separate paragraph. Use as much
     space as you need. Attach extra sheet if necessary.

     I have attached 3 pages to this case.
     The cases I speak of were filed by someone
     else. Many were amended by someone else.
     Another was found with my street address that has
     no mailbox, just like my bankruptcy atty did,
     and he did this 3 days after our only meeting

V. Relief
State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I Pray the Court will look at my evidence see what has been done. Allow me to get my property back, and revist all the things they did to me in Court. Because this is an especially aggravated Fraud against me and the Court. A Separation of

VI. Jury Demand  Powers.
I would like to have my case tried by a jury. Yes ( ) No ( ).

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of our information, knowledge, and belief.
Signed this   1   day of   July  , 20 14 .

Sarah A McPherson

(Signature of Plaintiff/Plaintiffs)

Revised 4/18/08